No. 83–2003.  HEMINGWAY, ADMINISTRATRIX OF THE ESTATE OF HEMINGWAY v. OCHSNER CLINIC ET AL., *ante*, p. 829;

No. 83–2008.  PHINNEY v. FIRST AMERICAN NATIONAL BANK, *ante*, p. 829;

No. 83–2019.  ZOLLA v. UNITED STATES, *ante*, p. 830;

No. 83–2028.  BUTLER v. FEDERAL NATIONAL MORTGAGE ASSOCIATION, *ante*, p. 830;

No. 83–2040.  WASHBURN v. WASHBURN, *ante*, p. 831;

No. 83–2109.  DOMINEY v. ATCHISON, TOPEKA & SANTA FE RAILWAY CO., *ante*, p. 834;

No. 83–2164.  ANGLETON ET AL. v. PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL., *ante*, p. 880;

No. 83–6580.  SKILLERN v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, *ante*, p. 873;

No. 83–6670.  ROY ET AL. v. CITY OF MIDDLETOWN, *ante*, p. 804;

No. 83–6778.  THOMAS v. GERBER PRODUCTIONS ET AL., *ante*, p. 841;

No. 83–6811.  SILAGY v. ILLINOIS, *ante*, p. 873;

No. 83–6827.  WESSON v. COUGHLIN, *ante*, p. 843;

No. 83–6833.  JONES v. FRANCIS, WARDEN, *ante*, p. 873;

No. 83–6873.  BAIG v. UNITED STATES, *ante*, p. 844;

No. 83–6882.  ROBERTS v. GEORGIA, *ante*, p. 873;

No. 83–6910.  FAISON v. FLORIDA ET AL., *ante*, p. 845;

No. 83–6939.  BROWN v. FLURE ET AL., *ante*, p. 846;

No. 83–6947.  NOVEL v. PICARIELLO ET AL., *ante*, p. 847;

No. 83–7002.  POLIN ET UX. v. JEWS FOR JESUS ET AL., *ante*, p. 850;

No. 83–7008.  PERRY v. DISTRICT OF COLUMBIA, *ante*, p. 805;

No. 83–7027.  SMITH v. CHATTANOOGA-HAMILTON COUNTY HOSPITAL ET AL., *ante*, p. 805;

No. 84–11.  STROOM v. CARTER, FORMER PRESIDENT OF THE UNITED STATES, ET AL., *ante*, p. 852;

No. 84–85.  FELKER v. GEORGIA, *ante*, p. 873;

No. 84–208.  CAITO v. INDIANA, *ante*, p. 805;

No. 84–247.  CHETISTER v. CHETISTER, *ante*, p. 805;

No. 84–5046.  INGRAM v. INDUSTRIAL COMMISSION OF ILLINOIS ET AL., *ante*, p. 861;

No. 84–5049.  SHAW v. MARTIN, WARDEN, *ante*, p. 873; and

No. 84–5062.  GUMZ ET AL. v. PIONEER NURSING HOME ET AL., *ante*, p. 862.  Petitions for rehearing denied.